IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01102-PAB-MJW

TRICIA L. MULLINS,

    Plaintiff,

v.

THE CITY OF WOODLAND PARK, a Municipality formed and organized under the laws of the State of Colorado;
GARY CRANE, Mayor of the City of Woodland Park;
PHIL MELLA, Mayor Pro Tem of the City of Woodland Park;
KEN MATTHEWS, City Council Member of the City of Woodland Park;
STEVE RANDOLPH, City Council Member of the City of Woodland Park;
JON DEVAUX, City Council Member of the City of Woodland Park;
TERRY HARRISON, City Council Member of the City of Woodland Park;
GEORGE PARKHURST, City Council Member of the City of Woodland Park;
DAVID N. BUTTERY, City Manager of the City of Woodland Park;
OFFICER JAY JANISSE, Police Officer for the City of Woodland Park, individually and in his official capacity; and
ROBERT LARSON, Chief of Police for the City of Woodland Park,

    Defendants.

---

## ORDER GRANTING PLAITNIFF'S MOTION TO AMEND SUMMONS AND COMPLAINT (Docket No. 4)

---

THIS COURT, having reviewed Plaintiff's Motion to Amend Summons and Complaint, having reviewed the file, and otherwise being fully advised in the premises,

HEREBY GRANTS said Motion. Plaintiff is provided leave to amend her Summons and Complaint to correctly identify Defendant Janisse as "Officer Justin Janisse." Plaintiff's Amended Summons and Complaint are accepted as filed.

1

SO ORDERED this 26TH day of May, 2009.

BY: _____
~~Judge/Magistrate~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO