IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01102-PAB-MJW

TRICIA L. MULLINS,

        Plaintiff,

v.

THE CITY OF WOODLAND PARK, a Municipality formed and organized under the laws of the State of Colorado;
GARY CRANE, Mayor of the City of Woodland Park;
PHIL MELLA, Mayor Pro Tem of the City of Woodland Park;
KEN MATTHEWS, City Council Member of the City of Woodland Park;
STEVE RANDOLPH, City Council Member of the City of Woodland Park;
JON DEVAUX, City Council Member of the City of Woodland Park;
TERRY HARRISON, City Council Member of the City of Woodland Park;
GEORGE PARKHURST, City Council Member of the City of Woodland Park;
DAVID N. BUTTERY, City Manager of the City of Woodland Park;
OFFICER JAY JANISSE, Police Officer for the City of Woodland Park, individually and in his official capacity; and
ROBERT LARSON, Chief of Police for the City of Woodland Park,

        Defendants.

---

### ORDER GRANTING PLAITNIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT  ( Docket No. 8 )

---

THIS COURT, having reviewed Plaintiff's Unopposed Motion to Amend Complaint, having reviewed the file, and otherwise being fully advised in the premises,

HEREBY GRANTS said Motion. Plaintiff is granted leave to amend her Amended Complaint to properly identify Defendants. Plaintiff's Second Amended Complaint is accepted as filed.

SO ORDERED this 30TH day of June, 2009.

BY: _____
U.S. District Court Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO