UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01102-PAB-MJW

TRICIA L. MULLINS

    Plaintiff(s),

v.

THE CITY OF WOODLAND PARK, a Municipality formed and organized under the laws of the State of Colorado;

OFFICER JUSTIN JANISSE, Police Officer for the City of Woodland Park, individually and in his official capacity; and

ROBERT LARSON, Chief of Police for the City of Woodland Park,

    Defendant(s).

---

## ORDER REGARDING UNOPPOSED MOTION FOR PHYSICAL EXAMINATION OF PLAINTIFF ( Docket No. 42 )

The Court, having considered Defendant Janisse's Unopposed Motion for Physical Examination of Plaintiff ("Motion"), hereby finds that Plaintiff's physical condition is in controversy in this case and that good cause therefore exists under Fed. R. Civ. P. 35 to order a physical examination of Plaintiff. Accordingly, the Motion is GRANTED.

It is ORDERED that Plaintiff shall submit to a physical examination by Dr. Douglas E. Hemler on February 2, 2010, from 10:00 a.m. to 11:00 a.m., with a check-in time of 9:30 a.m., at the offices of Dr. Hemler, located at 2801 Youngfield, Suite 150, Golden, CO 80401. The scope of the examination shall be limited to evaluating Plaintiff's claimed neck and back injuries,

2

including the taking of x-rays or other non-invasive diagnostic studies if deemed reasonably necessary by Dr. Hemler.

Dated this 27TH day of January, 2010.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2