IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01102-PAB-MJW

TRICIA L. MULLINS,

    Plaintiff,

v.

THE CITY OF WOODLAND PARK,
a municipality formed and organized under the laws of the State of Colorado,
OFFICER JUSTIN JANISSE,
police officer for the City of Woodland Park, individually and in his official capacity, and
ROBERT LARSON,
Chief of Police for the City of Woodland Park,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Certain Defendants With Prejudice [Docket No. 45]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss Certain Defendants With Prejudice [Docket No. 45] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants The City of Woodland Park and Robert Larson only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 17, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge