IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01102-PAB-MJW

TRICIA L. MULLINS,

    Plaintiff,

v.

OFFICER JUSTIN JANISSE,
police officer for the City of Woodland Park, individually and in his official capacity,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice [Docket No. 49]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal With Prejudice [Docket No. 49] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 9, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge